IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Juanita Omoruyi, et al | ) | Case No: 13 C 944 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| ISGN Solutions, Inc. | ) | |
| | ) | |

### ORDER

Plaintiff's motion for settlement approval and dismissal of all claims is granted. [70] Enter Order granting final approval of settlement. Opt-in Pauline Ruddock is hereby dismissed from this lawsuit without prejudice for the reasons set forth in Plaintiff's Unopposed Motion for Final Approval Order. This Court retains exclusive jurisdiction solely for the purpose of implementation and enforcement of the terms of the Stipulation and Settlement Agreement.

Date:  4/22/14                                   /s/ Thomas M. Durkin